IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| TIMOTHY W. REPASS and WILLIAM SCOTT McCANDLESS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TNT CRANE AND RIGGING, INC.<br><br>Defendant. | §§§§§§§§§§§§§<br><br>Civil Action No.<br><br>MO:18-CV-107-DC-RCG |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Timothy W. Repass and William Scott McCandless and Defendant TNT Crane & Rigging, Inc. file this Joint Notice of Settlement. Plaintiffs and Defendant notify the court as follows:

1.  Plaintiffs and Defendant have reached a settlement of all claims pending in this lawsuit.

2.  The parties will prepare a joint motion to dismiss with prejudice and file it with the court within the next two weeks.

*Signatures on next page*

Dated: April 12, 2022.                    Respectfully submitted,

/s/ G. Mark Jodon
G. Mark Jodon
Texas State Bar No. 10669400
mjodon@littler.com
Joseph R. Buller, III
Texas State Bar No. 24110784
jbuller@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400
713.951.9212 (Fax)

**ATTORNEYS FOR DEFENDANT**
**TNT CRANE AND RIGGING, INC.**


By: /s/ Edmond S. Moreland, Jr.
Edmond S. Moreland, Jr.
State Bar No. 24002644
edmond@morelandlaw.com
Daniel A. Verrett
Texas State Bar No. 24075220
daniel@morelandlaw.com
**MORELAND VERRETT, P.C.**
700 West Summit Drive
Wimberley, Texas 78676
(512) 782-0567
(512) 782-0605 – telecopier


Aaron Johnson
State Bar No. 24056961
ajohnson@fairlaborlaw.com
**FAIR LABOR LAW**
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
(512) 277-3505
(512) 277-3254 (fax)

**ATTORNEYS FOR PLAINTIFFS**