# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **TIMOTHY W. REPASS and WILLIAM SCOTT McCANDLESS, Individually and On Behalf of All Others Similarly Situated,** § § § § § | **Civil Action No.** |
| **Plaintiff,** § § | **MO:18-CV-107-DC-RCG** |
| **v.** § § | |
| **TNT CRANE AND RIGGING, INC.** § § | |
| **Defendant.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Timothy W. Repass and William Scott McCandless ("Plaintiffs"), and Defendant TNT Crane and Rigging, Inc. ("Defendant") stipulate and agree that any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii).

WHEREFORE, Plaintiffs and Defendant respectfully request the Court to enter an Order dismissing with prejudice any and all claims asserted by and between Plaintiffs and Defendant in this action.

<table>
<tr><td>

*/s/ Edmond S. Moreland, Jr.*
Edmond S. Moreland, Jr.
State Bar No. 24002644
edmond@morelandlaw.com
Daniel A. Verrett
Texas State Bar No. 24075220
daniel@morelandlaw.com
**MORELAND VERRETT, P.C.**
700 West Summit Drive
Wimberley, Texas 78676
(512) 782-0567
(512) 782-0605 – telecopier


Aaron Johnson
State Bar No. 24056961
ajohnson@fairlaborlaw.com
**FAIR LABOR LAW**
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
(512) 277-3505
(512) 277-3254 (fax)


ATTORNEY FOR PLAINTIFFS

</td><td>

*/s/ G. Mark Jodon*
G. Mark Jodon (Attorney-in-Charge)
State Bar No. 10669400
Joseph R. Buller, III
Texas State Bar No. 24110784
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street
Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)
mjodon@littler.com
jbuller@littler.com


ATTORNEYS FOR DEFENDANT
TNT CRANE AND RIGGING, INC.

</td></tr>
</table>